UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

In re  Case No. 14-33273-DHW
  Chapter 13
SHIRLEY WASHINGTON,

    Debtor.

## ORDER ALLOWING WITHDRAWAL

Trustee filed a motion (Doc. #27) seeking dismissal. The matter came for hearing on May 2, 2016. Upon the request of the chapter 13 trustee to withdraw the motion to dismiss the above-styled case, it is

ORDERED that the motion is WITHDRAWN.

Done this 3rd day of June, 2016.

Dwight H. Williams, Jr.
United States Bankruptcy Judge

c:  Debtor
    Joshua C. Milam, Attorney for the Debtor
    Curtis C. Reding, Trustee