# UNITED STATES BANKRUPTCY COURT
## Middle District of Alabama

In re

Shirley Washington

    Debtor

Case No. 14–33273
Chapter 13

## ORDER OF DISMISSAL

A notice of dismissal was issued in this case informing the debtor that this case may be dismissed without further notice pursuant to LBR 1017–1 or LBR 1006–1. The indicated deficiencies have not been cured, nor has a response been filed. It is therefore,

**ORDERED** that this case is **DISMISSED**.

All pending motions/objections are terminated with this order. If this case is reinstated, any such motions may be refiled without an additional filing fee.

Done this 6th day of June, 2016.

*Dwight A. Williams, Jr.*

Dwight H. Williams Jr.
United States Bankruptcy Judge

NOTICE:
Any unpaid filing fees remain due and payable to the Clerk of Court. Failure to pay the filing fee may result in additional collection proceedings.

United States Bankruptcy Court
Middle District of Alabama

In re:                                                              Case No. 14-33273-DHW
Shirley Washington                                                  Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 08, 2016.
db             +Shirley Washington,    2440 Chase Park Dr Apt B,   Montgomery, AL 36110-3057
3211432        +BEKMN ASSOC,    560 S MCDONOUGH ST,   MONTGOMERY, AL 36104-4604
3211433        +BELL TRANSMISSION,    808 LAGOON COMMERICAL BLVD,   Montgomery, AL 36117-2268
3211434        +BJ's Auto Sales LLC,    P O Box 312,   Fort Deposit, AL 36032-0312
3211437        +CLOUD & WILLIS, LLC,    201 BEACON PARKWAY W, STE 400,   Birmingham, AL 35209-3129
3211439        +CREDIT ACCEPTANCE,    ATTN: BANKRUPTCY DEPT,    25505 WEST 12 MILE RD STE 3000,
                SOUTHFIELD, MI 48034-8331
3211441        +DAVID KAHN & CO,    2157 TAYLOR ROAD,   Montgomery, AL 36117-6851
3211424         EQUIFAX INFORMATION SERVICES LLC,    P.O. BOX 740241,   Atlanta, GA 30374-0241
3211426         EXPERION,    P.O. BOX 9701,   Allen, TX 75013-9701
3211443         Fingerhut,    P O Box 166,   Newark, NJ 07101-0166
3211445        +JACK INGRAM,    227 EASTERN BYPASS,   Montgomery, AL 36117-2084
3211447         KNOLOGY,    1241 O. G. SKINNER DRIVE,   West Point, GA 31833-1789
3211448         MAX FEDERAL CREDIT UNION,    P. O. BOX 244040,   MONTGOMERY, AL 36124-4040
3211449        +MICHAEL GRIGGS,    100 EXECUITIVE PARK DR,   Tallassee, AL 36078-2351
3211451         MONTGOMERY WATER WORKS,    P.O. BOX 1631,   MONTGOMERY, AL 36102-1631
3211452        +NEIGHBORHOOD CASH ADVANCE,    5928 WARES FERRY ROAD,   Montgomery, AL 36117-3212
3211453        +Pinnacle Credit Service,    ATTN: BANKRUPTCY,    PO BOX 640,   HOPKINS, MN 55343-0640
3211455         SECURITY FIN,    C/O SECURITY FINAN,   SPARTANBURG, SC 29304
3211454        +Scarborough & Griggs, LLC,    PO Box 780789,   Tallassee, AL 36078-0019
3211425         TRANSUNION CONSUMER SOLUTIONS,    P.O. BOX 2000,   CHESTER, PA 19022-2000
3211458        +TRIDENT ASST,    53 PERIMETER CTR E STE 4,   ATLANTA, GA 30346-2294

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
3211427        +EDI: FRAN.COM Jun 06 2016 21:13:00      1ST FRANKLIN,    4662 HIGHWAY 231,
                WETUMPKA, AL 36092-3312
3211429        +EDI: ACBK.COM Jun 06 2016 21:03:00      AMERICAN CREDIT ACCEPT,    961 E MAIN ST,
                SPARTANBURG, SC 29302-2185
3211431        +EDI: AISACG.COM Jun 06 2016 21:03:00      ASCENSION CAPITAL,    P.O. BOX 201347,
                Arlington, TX 76006-1347
3211431        +E-mail/PDF: ebnnotices@ascensioncapitalgroup.com Jun 06 2016 22:46:26      ASCENSION CAPITAL,
                P.O. BOX 201347,    Arlington, TX 76006-1347
3216969         EDI: AIS.COM Jun 06 2016 21:13:00      American InfoSource LP as agent for,
                Midland Funding LLC,    PO Box 268941,   Oklahoma City, OK 73126-8941
3211457         EDI: AISTMBL.COM Jun 06 2016 21:03:00      TMobile Bankruptcy Team,    PO Box 53410,
                Bellevue, WA 98015-5341
3211435        +EDI: CAPITALONE.COM Jun 06 2016 21:03:00      CAP ONE,    P.O. BOX 5253,
                Carol Stream, IL 60197-5253
3211436        +E-mail/PDF: BANKRUPTCYEBN@CHARTERCOM.COM Jun 06 2016 21:43:41      CHARTER COMMUNICATIONS,
                5990 MONTICELLO DR,   Montgomery, AL 36117-6210
3211440        +EDI: CMIGROUP.COM Jun 06 2016 21:03:00      CREDIT MANAGEMENT LP,    4200 INTERNATIONAL PKWY,
                CARROLLTON, TX 75007-1912
3219783        +E-mail/PDF: BANKRUPTCYEBN@CHARTERCOM.COM Jun 06 2016 21:43:41      Charter Communications,
                Attention: Cash Management,    4670 E. Fulton, Suite 102,   Ada, MI 49301-8409
3211444        +E-mail/Text: bankruptcynotices@fifsg.com Jun 06 2016 21:50:55      FIRST INVESTORS,
                675 BERING DR,   HOUSTON, TX 77057-2266
3211442         EDI: JEFFERSONCAP.COM Jun 06 2016 21:13:00      FINGERHUT,    16 MCCELAND ROAD,
                Saint Cloud, MN 56303
3211446         EDI: JEFFERSONCAP.COM Jun 06 2016 21:13:00      Jefferson Capital Systems,    16 MCLELAND RD,
                SAINT CLOUD, MN 56303
3301153         EDI: JEFFERSONCAP.COM Jun 06 2016 21:13:00      Jefferson Capital Systems, LLC,    PO BOX 7999,
                Saint Cloud, MN 56301-9617
3211450        +EDI: MID8.COM Jun 06 2016 21:03:00      MIDLAND FUNDING,    8875 AERO DR STE 200,
                SAN DIEGO, CA 92123-2255
3469000         EDI: Q3G.COM Jun 06 2016 21:03:00      Quantum3 Group LLC as agent for,
                Wollemi Acquisitions LLC,    PO Box 788,   Kirkland, WA 98083-0788
3257819        +EDI: SECFIN.COM Jun 06 2016 21:03:00      SFC Central Bankruptcy,    PO Box 1893,
                Spartanburg, SC 29304-1893
3211456         Fax: 912-629-1539 Jun 07 2016 00:05:05      TITLE MAX,    3328 ATLANTA HWY,
                Montgomery, AL 36109
3226773         Fax: 912-629-1539 Jun 07 2016 00:05:05      TitleMax of Alabama, Inc. d/b/a TitleMax,
                15 Bull Street, Suite 200,   Savannah, GA 31401
3211428         E-mail/Text: bankruptcy@tritonmgt.com Jun 06 2016 21:52:24      ALWAYS MONEY,    3375 ATLANTA HWY,
                Montgomery, AL 36109
3211460        +EDI: VERIZONWIRE.COM Jun 06 2016 21:03:00      VERIZON,    PO BOX 26055,
                Minneapolis, MN 55426-0055
3211459        +EDI: VERIZONWIRE.COM Jun 06 2016 21:03:00      VERIZON,    PO BOX 1850/ M.S. 400,
                ATTN: RECOVERY DEPT.,   Folsom, CA 95763-1850
3211461        +EDI: BLUESTEM.COM Jun 06 2016 21:13:00      WEBBNK/FHUT,    6250 RIDGEWOOD RD,
                SAINT CLOUD, MN 56303-0820
                                                                                      TOTAL: 23

          ***** BYPASSED RECIPIENTS (continued) *****

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
3211430        AMERICAN CREDIT ACCEPT
3211438        ##COLUMBIA HOUSE DVD CLUB,    PO BOX 91601,    Rantoul, IL 61866-8601
                                                                              TOTALS: 1, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 08, 2016                          Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 6, 2016 at the address(es) listed below:
          Bankruptcy Administrator    ba@almb.uscourts.gov
          Curtis C. Reding    trustees_office@ch13mdal.com
          Joshua C. Milam    on behalf of Debtor Shirley  Washington jmilam@smclegal.com,
           smclegalecf@gmail.com
                                                                              TOTAL: 3