UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

In re                                                  Case No. 14-33273-DHW
                                                         Chapter 13

SHIRLEY WASHINGTON,

       Debtor.

## ORDER ALLOWING WITHDRAWAL

Trustee filed a motion (Doc. #27) seeking dismissal. The matter came for hearing on May 2, 2016. Upon the request of the chapter 13 trustee to withdraw the motion to dismiss the above-styled case, it is

ORDERED that the motion is WITHDRAWN.

Done this 3rd day of June, 2016.

*Dwight A. Williams, Jr.*
Dwight H. Williams, Jr.
United States Bankruptcy Judge

c:   Debtor
     Joshua C. Milam, Attorney for the Debtor
     Curtis C. Reding, Trustee

```
                        United States Bankruptcy Court
                          Middle District of Alabama
In re:                                                       Case No. 14-33273-DHW
Shirley Washington                                           Chapter 13
        Debtor                   CERTIFICATE OF NOTICE
```

District/off: 1127-2          User: cmoore            Page 1 of 1              Date Rcvd: Jun 07, 2016
                              Form ID: pdfSOME        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 09, 2016.
db             +Shirley Washington,    2440 Chase Park Dr Apt B,    Montgomery, AL 36110-3057

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 09, 2016                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 7, 2016 at the address(es) listed below:
              Bankruptcy Administrator    ba@almb.uscourts.gov
              Curtis C. Reding    trustees_office@ch13mdal.com
              Joshua C. Milam    on behalf of Debtor Shirley  Washington jmilam@smclegal.com,
               smclegalecf@gmail.com
                                                                                             TOTAL: 3